# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD HRENIUK, Derivatively on Behalf of VIRBAC CORPORATION | § § § § § § § § § § § § § | |
| v. | | |
| | | Case No.: 4:04 CV-133-Y |
| THOMAS L. BELL, et al. | | (Consolidated with 4:04 CV-134-Y) |
| -and- | | |
| PETER LINDELL | | |
| v. | | |
| THOMAS L. BELL, et al. | | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims in this cause are DISMISSED. Within ten days after the date of this judgment, Virbac, S.A. shall pay Plaintiffs' counsel $200,000 in attorneys' fees. All costs under 28 U.S.C. § 1920 are taxed against the party that incurred them.

SIGNED December 15, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE